# United States District Court

### EASTERN DISTRICT OF WISCONSIN

GERARDO RODRIGUEZ and
MANALI OLEKSY,

       Plaintiffs,

           **JUDGMENT IN A CIVIL CASE**

     v.             Case No. 20-C-1819

CITY OF GREEN BAY,

       Defendant.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

   **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs take nothing and the case is DISMISSED.

           Approved:  s/ William C. Griesbach
                     WILLIAM C. GRIESBACH
                     United States District Judge

Dated:  March 18, 2022

                     GINA M. COLLETTI
                     Clerk of Court

                     s/ Cheryl A. Veazie
                     (By) Deputy Clerk